UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


FILED
Jul 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION
MDL No. 2741

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −277)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 3,331 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 09, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: _____ Deputy Clerk
Date: 07/09/2021

## SCHEDULE CTO−277 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| CAC | 2 | 21−03296 | Fernando Camarena v. Monsanto Company |
| CAC | 2 | 21−03297 | Gwen DeSantis v. Monsanto Company |
| CAC | 2 | 21−03299 | Mariola Niescierowicz v. Monsanto Company |
| CAC | 2 | 21−03301 | Edward Otte v. Monsanto Company |
| CAC | 8 | 21−00678 | Stephen Beko v. Monsanto Company |

**CALIFORNIA EASTERN**

| | | | |
|---|---|---|---|
| CAE | 1 | 21−00615 | Orellana v. Monsanto Company |
| CAE | 1 | 21−00642 | Wright v. Monsanto Company |
| CAE | 2 | 21−00687 | Mau v. Monsanto Company |

**ILLINOIS CENTRAL**

| | | | |
|---|---|---|---|
| ILC | 3 | 21−03130 | Hayes et al v. Monsanto Company |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 21−01257 | Dufrene v. Monsanto Company |

**LOUISIANA MIDDLE**

| | | | |
|---|---|---|---|
| LAM | 3 | 21−00375 | Kenney v. Monsanto Company |

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 1 | 21−00224 | Harwood v. Monsanto Company |

**NEW YORK WESTERN**

| | | | |
|---|---|---|---|
| NYW | 1 | 21−00763 | Pasternak et al v. Monsanto Company et al |
| NYW | 1 | 21−00764 | Nusbaum et al v. Monsanto Company et al |
| NYW | 1 | 21−00765 | Pierce v. Monsanto Company et al |

**OHIO SOUTHERN**

| | | | |
|---|---|---|---|
| OHS | 3 | 21−00049 | Sizemore et al v. Monsanto Company |